**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS,<br>         Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>         Defendant. | Case No.:  1:22-cv-2563 |

**JOINT STATUS REPORT**

Pursuant to the Court's February 21, 2023, minute order, the parties provide the following update:

1. In the parties' last joint status report, filed on February 21, 2023, the parties informed the Court that they  had reached a settlement agreement in principle to resolve all remaining disputes, and that they were working to obtain final approvals. ECF No. 16.

2.  The parties are continuing to work to obtain final settlement approvals and propose to submit a further joint status report on or before April 24, 2023, if the case has not been dismissed by then.


Dated: April 7, 2023                     Respectfully submitted,



                                        BRIAN NETTER
                                        Deputy Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Branch Director
                                        Federal Programs Branch

*/s/ Keri L. Berman*
KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division
 Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: keri.l.berman@usdoj.gov

*Attorneys for Defendant*


 */s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(301) 717-6610
weismann.anne@gmail.com

Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility
and Ethics in Washington
1331 F Street, N.W., Suite 900
Washington, D.C. 20004
Phone: (202) 408-5565
Facsimile: (202) 588-5020

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

DATED:  April 7, 2023

<div style="margin-left:40%">

/s/   *Keri L. Berman*
KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: keri.l.berman@usdoj.gov

</div>