UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 1:22-cv-2563<br><br>Judge Amit P. Mehta |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the Parties' Settlement Agreement executed on May 19, 2023, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

DATED: May 19, 2023                              Respectfully submitted,

1

| | |
|---|---|
| /s/<br>Anne L. Weismann<br>(D.C. Bar No. 298190)<br>5335 Wisconsin Avenue, N.W. Suite 640<br>Washington, D.C. 20015<br>Tel: (301) 717-6610<br>Email: weismann.anne@gmail.com<br><br>Adam J. Rappaport<br>(D.C. Bar No. 479866)<br>Citizens for Responsibility and Ethics in Washington<br>1331 F Street, N.W., Suite 900<br>Washington, D.C. 20004<br>Phone: (202) 408-5565<br>Facsimile: (202) 588-5020<br><br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>MARCIA BERMAN<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/<br>KERI L. BERMAN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>Telephone: (202) 305-7538<br>Email: keri.l.berman@usdoj.gov<br><br>*Counsel for Defendant* |